UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE

**Lula Fitzgerald**

    **v.**                                  **Civil No. 11-cv-339-SM**

**Red Roof Inn, Inc., et al**

### NOTICE OF RULING / ORDER

    Re: Document No. 17, Motion to Dismiss

    Ruling: Granted, in part.  The docket does disclose an apparent determination by plaintiff to abandon her claims. Dismissal, particularly with prejudice, is a strong remedy, however, and plaintiff's circumstances, as pled, are such that the matter ought to be clear (particularly given the absence of any violations of orders to compel discovery, etc.). Accordingly, plaintiff shall show cause on or before December 16, 2012, why this case should not be dismissed for failure to prosecute.  Failure to respond in a timely fashion, i.e. on or before December 16, 2012, will result in dismissal with

prejudice for failure to prosecute and failure to comply with court orders.

    So ordered.

November 29, 2012

                                        Steven J. McAuliffe
                                        United States District Court

cc:  Lula Fitzgerald
     Heidi R. Wolmuth, Esq.